Commonwealth *v.* Clemmer, Appellant.

Submitted June 15, 1971.
*Lawrence M. Aglow,* for appellant; *William H. Lamb,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.